UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK WILLIE,<br>Petitioner<br>v.<br>J. GASTELO (WARDEN),<br>Respondent. | Case No. CV 17-7467-PSG (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED THAT the this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: 11/13/17

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE